# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128884

COUNTY OF CRAWFORD and COUNTY OF
KALKASKA,
        Plaintiffs,

v

                                       SC: 128884
                                       COA: 254182
                                       Otsego CC: 02-010014-CZ

COUNTY OF OTSEGO,
        Defendant-Appellee,
and

COHL STOKER TOSKEY & MCGLINCHEY PC
        Appellant.
_____/

On order of the Court, the application for leave to appeal the May 3, 2005 judgment of the Court of Appeals is considered, and it appearing to this Court that the case of *46th Circuit Trial Court v Crawford County* (Docket No. 128878) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

_____
Clerk

d1220